FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER R. JOINER,<br><br>               Plaintiff,<br><br>     v.<br><br>NAPHCARE MEDICAL PROVIDER, SGT. HILL, SGT. SIMBLER, and SPOKANE COUNTY DETENTION CENTER,<br><br>               Defendants. | NO:  2:25-CV-0501-TOR<br><br>ORDER DISMISSING ACTION PURSUANT TO LCivR 41(b)(2) |

Plaintiff initiated this action while incarcerated at Spokane County Detention Services.  ECF No. 1.   On January 12, 2026, the Court instructed him to complete and submit a Declaration and Application to Proceed *In Forma Pauperis*.  ECF No. 5.

Mail sent to Christopher R. Joiner at Spokane County Detention Services Corrections was returned as undeliverable on January 23, 2026, with the notation, "Not in Jail."  ECF No. 6.  Plaintiff has not kept the Court informed of his current

ORDER DISMISSING ACTION PURSUANT TO LCivR 41(b)(2) -- 1

address and has filed nothing further in this action.

Local Civil Rule 41(b)(2) requires a *pro se* litigant to keep the Court and opposing parties advised as to his current mailing address. If mail directed to a *pro se* plaintiff is returned by the Postal Service, he has sixty (60) days to notify the Court and opposing parties of his current address or the Court may dismiss the action. LCivR 41(b)(2).

The Court has an interest in managing its docket and in the prompt resolution of civil matters. *See Destfino v. Reiswig,* 630 F.3d 952, 959 (9th Cir. 2011) (affirming district court's inherent power to control its docket); *see also Pagtalunan v. Galaza,* 291 F.3d 639, 642–44 (9th Cir. 2002) (discussing factors to consider in dismissing a claim for failure to prosecute or failure to comply with a court order, including the public's interest in expeditious resolution, the court's need to manage its docket, and the risk of prejudice to defendants). Plaintiff's mail has been returned, and the Court has not been apprised of a current address.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice pursuant to LCivR 41(b)(2).

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order could not be taken in good faith and would lack any arguable basis in law or fact.

ORDER DISMISSING ACTION PURSUANT TO LCivR 41(b)(2) -- 2

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** April 8, 2026.

THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION PURSUANT TO LCivR 41(b)(2) -- 3